```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 11816
  DONELLIA R SUMLER
                                         CHAPTER 13

                                         JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-3223


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/09/08 .

   2.  The case was dismissed without confirmation, 06/06/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID        PAID
------------------------------------------------------------------------

        Summary of disbursements:
------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00        .00          .00
PRINCIPAL PAID         .00         .00         .00        .00          .00
INTEREST PAID          .00         .00         .00        .00          .00
TOTAL PAID             .00         .00         .00        .00          .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $    .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




   Dated: 09/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
   CASE NO. 08 B 11816 DONELLIA R SUMLER
```